BRINCKLEY JOHNSON and BARTHOLOMEW JOHNSON *vs.* JO-SEPH W. NEALL.

On a judgment entered on a warrant of attorney to the Justice to enter judgment with stay of execution until a certain day, the defendant, though a freeholder, is not entitled to an additional stay of six months.

CERTIORARI. Record of a judgment entered on note and warrant of attorney to the justice to enter judgment. Execution issued.

The exception was to the regularity of the execution; that it issued against the defendant, he being a freeholder, without allowing a stay of six months.

The judgment in this case was entered on what is usually called a judgment note, which contained a warrant to the justice to enter judgment at any time after the date of the note, *with stay of execution until the 1st. of November* 1834. This judgment was entered on the 21st of March 1835, after the stay stipulated for by the note was out; and the question was, whether the defendant was entitled under the law to an additional stay of six months by reason of his freehold.

*Brinckloe* for the Johnsons, contended that the stay allowed by the law applied to such a case; but *Wootten* for Neall, insisted that the contract of the parties authorized the issuing an execution at any time after the first of November, and was therefore a waiver by the defendant of the legal stay. It was an agreement under hand and seal, that the stay of execution should terminate by a certain day:—and of this opinion were the Court.

Judgment affirmed.

*Brinckloe* for plaintiffs.
*Wootten* for defendants.

—◦»»◦◉◉«‹◦—

THE COMMERCIAL BANK *vs.* SAMUEL LOCKWOOD'S Adm'r.

On the dissolution of a corporation, as by the expiration of the period of its charter, its real estate reverts to the grantor; its personal estate vests in the people; and the debts due to it are *extinguished*.

It is not in the power of the Legislature, by renewing the charter, to revive the liabilities to the corporation.

SCIRE FACIAS on a judgment.

The Commercial Bank obtained from the Legislature of Delaware in 1812, a charter which was to continue till 1st. September 1822. In February 1822, the charter was extended until 1st. March 1824, to enable the directors to close the concerns of the bank. In January 1834, it was further extended until the 1st of March 1827, for the same object. In January 1827, it was further continued by an act